IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

EARL JACKSON                                                            PLAINTIFF
Reg. #23375-045

v.                          CASE NO: 2:18CV00151 JM

ROBERT TANZY, Manager,
Forrest City Federal Prison Camp; *et al.*                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED THAT:

1. Plaintiff's claims against the Doe Defendants are dismissed without prejudice.

2. Plaintiff's claims of medical indifference regarding chest pain be dismissed without prejudice.

3. Plaintiff's damages claims are dismissed without prejudice.

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this recommendation would not be taken in good faith.

IT IS SO ORDERED this 25th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE