IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

EARL JACKSON                                                                    PLAINTIFF
Reg. #23375-045

v.                      CASE NO: 2:18CV00151-JM

ROBERT TANSY, *et al*.                                       DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant Tansy's Motion for Summary Judgment (Doc. No. 19) is GRANTED.

2. Plaintiff's claims against Defendant Tansy are DISMISSED without prejudice.

3. This case is DISMISSED.

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

DATED this 15th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE