IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**EARL JACKSON**  **PLAINTIFF**
Reg. #23375-045

v.   CASE NO: 2:18CV00151-JM

**ROBERT TANSY,** *et al***.**   **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 15th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE